JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICKY ROMO, INC. ET AL.,<br><br>　　　　　　　　　Defendants. | Case No. 2:25-cv-07115-JC<br><br>**ORDER DISMISSING ACTION** |

　　　On October 22, 2025, Plaintiff Kenneth Davidson filed a Notice of Settlement of Entire Case ("Notice"), stating the Parties have settled the entire action and requesting thirty (30) days for the Parties to complete the settlement and for Plaintiff to file dispositional documents.  (Docket No. 15).

　　　Having considered the Notice and finding good cause therefor, the Court hereby ORDERS:

　　　　1.　All deadlines governing this action are VACATED.

　　　　2.　The Court DISMISSES the action without prejudice.  The Court retains jurisdiction to vacate this Order and to reopen the action within thirty

(30) days from the date of this Order, provided any request by a Party to do so shall make a showing of good cause as to why the settlement has not been completed within the 30-day period, what further settlement processes are necessary, and when the Party making such a request reasonably expects the process to be concluded.

3. This Order does not preclude the filing of a voluntary dismissal or stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, neither of which require approval of the Court. Such dismissal/stipulation shall be filed within the aforementioned 30-day period, or by such later date ordered by the Court pursuant to a request/stipulation that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: October 22, 2025              /s/
                                     Honorable Jacqueline Chooljian
                                     UNITED STATES MAGISTRATE JUDGE